1 W. WEST ALLEN (Nevada Bar No. 5566)
wallen@lrlaw.com
2 JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
3 LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
4 Las Vegas, NV 89169
(702) 949-8200
5 (702) 949-8398 fax

6 Attorneys for Plaintiff
INCASE DESIGNS CORP.
7

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11 | INCASE DESIGNS CORP., a California          | CASE NO.: 2:10-cv-00019-RCJ-RJJ
   | Corporation
12 |                                             |
   |                Plaintiff,                   | ORDER GRANTING
13 |                                             | **PLAINTIFF'S MOTION FOR DEFAULT**
   |        v.                                   | **JUDGMENT AND AN AWARD OF**
14 |                                             | **ATTORNEYS' FEES**
   | ROBERT GAO, an individual, and INCASE       |
15 | LUGGAGE & BAGS CO. LTD., a Hong              |
   | Kong registered company,                    |
16 |                                             |
   |                Defendants.                  |
17

18       Plaintiff, Incase Designs Corp., having filed an application for entry of default judgment

19 against Defendants Robert Gao and Incase Luggage & Bags Co. Ltd. pursuant to Rule 55 of the

20 Federal Rules of Civil Procedure, the Clerk of Court having entered Default against Defendants on

21 February 2, 2010, and, this Court having now given due consideration to Plaintiff's application for

22 such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff,

23 the Court being further fully advised in the matter, it is therefore,

24       ORDERED, ADJUDGED and DECREED that judgment be entered in favor of Plaintiff

25 Incase Designs Corp. and against Defendants Robert Gao and Incase Luggage & Bags Co. Ltd. on

26 all counts of Plaintiff's Complaint, and, it is further ordered and adjudged that said judgment shall

27 include the following specific findings of fact and awarding of specific relief:

28

                                            1

1       Plaintiff is the owner of certain INCASE Marks, which include, among others, INCASE

2 (word mark) for all-purpose carrying bags (Reg. No. 3,644,811), INCASE (word mark) for

3 carrying cases and bags designed for storage and transportation of musical instruments (Reg. No.

4 2,908,777), INCASE (word mark) for carrying cases specifically designed for storage and

5 transportation, namely carrying cases and bags for cellular phones, portable phones, palmtop

6 computers, handheld computers, laptop computers, portable audio players, portable game players,

7 cameras, compact discs and personal organizers (Reg. No. 2,643,012), INCASE (design) for

8 personal electronics accessories, namely, carrying cases specifically designed for cellular phones,

9 palmtop computers, laptop computers, portable audio players, portable game players, and cameras

10 (Reg. No 2,206,955), INCASE (design) for carrying cases and bags designed for storage and

11 transportation of musical instruments (Reg. No. 2,908,776), INCASE (leaf logo) for retail store

12 services featuring carrying cases and bags designed for storage and transportation of musical

13 instruments, portable computers, mp3 players, wireless telephones, digital cameras, personal

14 digital assistants and consumer electronics (Reg. No. 3,054,586), INCASE (leaf logo) for (1)

15 carrying cases and bags designed for storage and transportation of consumer electronics, namely,

16 portable computers, MP3 players, wireless telephones, digital cameras and personal digital

17 assistants; and (2) carrying cases and bags designed for storage and transportation of musical

18 instruments (Reg. No. 3,357,152), INCASE (leaf logo) for all-purpose carrying bags (Reg. No.

19 3,644,812), and LEAF DESIGN for (1) carrying cases and bags designed for storage and

20 transportation of consumer electronics, namely, portable computers, mobile telephones, digital

21 cameras, personal digital assistants and portable and handheld digital electronic devices for

22 recording, organizing, transmitting, manipulating, and reviewing text, data, audio, image, and

23 video files; (2) Carrying cases and bags designed for storage and transportation of musical

24 instruments and (3) All-purpose carrying bags (Reg. No. 3,644,810) (collectively the "INCASE

25 Marks");

26       Plaintiff has the exclusive right use the INCASE Marks in connection with the goods

27 described above;

28

1   Plaintiff's INCASE Marks are famous within the meaning of the Federal Trademark

2   Dilution Act;

3   Defendants' use of the INCASE Marks in connection with the advertisement and sale of

4   carrying cases, bags, and other general merchandise that is similar to or the same as the products

5   offered by Plaintiff violates the Lanham Act and is likely to cause confusion as to the source and

6   origin of Defendants' products;

7   Defendants' use of the INCASE Marks in connection with the advertisement and sale of

8   carrying cases, bags, and other general merchandise that is similar to or the same as the products

9   offered by Plaintiff violates Nevada's Deceptive Trade Practices Act;

10   Should Defendants' use of the INCASE Marks continue, Plaintiff will continue to suffer

11   irreparable injury to the goodwill and reputation it has established in the INCASE Marks for

12   which an award of damages would be inadequate;

13   Defendants have acted willfully and wantonly in their infringement of the INCASE Marks;

14   Defendants are liable for their infringement, unfair competition, and dilution of the

15   INCASE Marks, as well as for their deceptive trade practices;

16   THEREFORE, IT IS HEREBY ORDERED that Defendants Robert Gao and Incase

17   Luggage & Bags Co. Ltd., their respective agents, servants, employees, attorneys, successors and

18   assigns, and all persons, firms, and corporations acting in concert or participation with any

19   Defendants or no any Defendants' behalf, are hereby permanently restrained, enjoined, and

20   prohibited from engaging in any further infringement or dilution of Incase's trademarks in the

21   United States, as well as any further violations of Section 43(a) of the Lanham Act (False

22   Designation of Origin, False Representation in Commerce and Unfair Competition), including, but

23   not limited to:

24   (1)   Manufacturing, advertising, distributing, exporting, importing, offering for

25   sale, selling or advertising any product bearing the INCASE Marks, including, but

26   not limited to, carrying cases and bags, as well as any goods, labels, tags, logos,

27   decals, emblems, signs, and other forms of markings, any packaging, wrappers,

28

3

containers and receptacles, and any catalogs, price lists, promotional materials and the like bearing a copy of colorable imitation of the INCASE Marks;

(2)     using the INCASE Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever;

(3)     using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the sale of services or products of Defendants are sponsored by, authorized by, or in any way associated with Plaintiff;

(4)     otherwise unfairly competing with Plaintiff; or

(5)     otherwise engaging any deceptive trade practices.

ORDERED that Defendants pay Plaintiff nominal damages for corrective advertising of $1,000; and it is further

ORDERED that Defendants pay Plaintiff's attorneys fees and costs in the amount of $55,220.90; and it is further

ORDERED that the Court shall retain jurisdiction for purposes of enforcing this Judgment.

Dated this 11th day of June, 2010.

_____
Gloria M. Navarro
United States District Judge